**Order entered January 30, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01338-CV

**KEVIN B. BRASHEAR, ET AL., Appellants**

**V.**

**PANINI AMERICA, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08771**

## ORDER

Before the Court is appellee's January 26, 2023 unopposed motion for an extension of time to file its brief. Because the District Clerk will be filing a corrected clerk's record which will alter the record's pagination, we **GRANT** the motion as follows. We **ORDER** Dallas County District Clerk Felicia Pitre to file the corrected clerk's record on or before **February 2, 2023**. Appellant shall file any amended brief to include updated citations to the corrected clerk's record on or

before **February 8, 2023**. We extend the deadline for appellee's brief to **February 28, 2023**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE